# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARRICK DENNISON, | |
| Plaintiff, | Civil Action No. 14-783 |
| v. | Judge Cathy Bissoon |
| | Magistrate Judge Maureen P. Kelly |
| SHARON BERRIER, *et al.*, | |
| Defendants. | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Rule of Civil Procedure 72.

On January 28, 2015, the Magistrate Judge issued a Report (Doc. 32) recommending that this case be dismissed for failure to prosecute. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

This case is **DISMISSED**, with prejudice, for Plaintiff's failure to prosecute, and the Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

February 23, 2015

s\Cathy Bissoon  
Cathy Bissoon  
United States District Judge

cc (via First-Class U.S. Mail):

Jarrick Dennison
JH-0657
SCI Fayette
P.O. Box 9999
LaBelle, PA  15450-0999


cc (via ECF email notification):

All counsel of record